UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

HOPE BRAVERMAN and S.B. a minor,  )
        Plaintiffs,  )
                      )
v.  )  **JUDGMENT**
                      )
                      )  No. 7:11-CV-170-F
                      )
LINDA WILLIAMSON; JOSEPH  )
WILLIAMSON; MITCHELL DUKE;  )
and JOHN and JANE DOES, 1-5,  )
        Defendants.  )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of this court's Order to Show Cause.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 11, 2011 that this action is DISMISSED for failure to prosecute and/or to comply with the Local Rules 5.1, 10.1, 11.1, 17.1 and 83.3 of this court. The Clerk of Court is DIRECTED to close this file.

**This Judgment Filed and Entered on November 3, 2011 and Copies To:**

Louis A. Piccone (via U.S. Mail), 519 Kirchner Road, Dalton, MA 01226


DATE                                DENNIS P. IAVARONE, CLERK
November 3, 2011                /s/ Susan K. Edwards
                                          (By) Susan K. Edwards, Deputy Clerk